# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) DOCKET NO: 3:15-CR-212-4-MOC-DSC |
| V. | ) |
| | ) ORDER |
| | ) |
| STEVEN BLANCO VARGAS | ) |
| _____ | ) |

This matter is before the Court on its own Motion to administratively close the case as to **Steven Blanco Vargas.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 20, 2020

Max O. Cogburn Jr
United States District Judge